UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Veronica Wilding-White and</u>
<u>Blye Farm Condominium</u>

   v.       Case No. 08-cv-141-SM

<u>Stanley Convergent Security</u>
<u>Solutions, Inc.</u>

<u>O R D E R</u>

  I hereby recuse myself from this case as a person on my recusal list resides at Blye Farm Condominiums, and his spouse is a member of the Blye Farm Condominium Association's board of directors.

  SO ORDERED.

June 5, 2008          _____
                 Steven J. McAuliffe
                 United States District Judge

cc: Gary M. Burt, Esq.
   Gerard A. Butler, Jr., Esq.
   Christopher A. Duggan, Esq.
   Arpiar G. Saunders, Jr., Esq.