UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Veronica Wilding-White et al.</u>

    v.                        Civil No. 08-00141-JL

<u>Stanley Convergent Security Solution, Inc.</u>

**O R D E R**

The Preliminary Pretrial Conference was held in chambers on July 21, 2008.

The Discovery Plan (document no. 17) is approved as submitted.

By agreement of the court and the parties, the following are **stricken**, without prejudice to being asserted later upon evidentiary support:

- the following affirmative defenses:  #2 (contributory negligence), #3 (negligence of others), #4 (intervening acts), #7 (waiver of subrogation), #8 (statute of limitations), and #11 (release).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

```
Dated:  July 21, 2008

cc:   David W. Johnston, Esq.
      John P. Fagan, Esq.
      Arpiar G. Saunders, Jr., Esq.
      Christopher A. Duggan, Esq.
      Gerard A. Butler, Jr., Esq.
```